UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARK LYNCH,

        Plaintiff,

-against-

P.O. JAMES CLAUS, P.O. SHEPLER
and P.O. I.D. #5142,

        Defendants.

**STIPULATION OF DISMISSAL**
Civil Case No. 1:13-CV-830 GLS/CFH

*IT IS HEREBY STIPULATED AND AGREED*, by and between the undersigned, Mark Lynch, Pro Se Plaintiff, and the attorneys of record for defendants to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby discontinued against defendants, with prejudice, and without costs to either party as against the other.

This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: 10/23, 2014

MARK LYNCH
Pro Se Plaintiff
4-6 River Street
Schenectady, NY 12305

DATED: 11/4, 2014

CARTER, CONBOY, CASE, BLACKMORE,
MALONEY & LAIRD, P.C.

By: MICHAEL J. MURPHY
Bar Roll No. 102244
Attorneys for Defendants
20 Corporate Woods Boulevard
Albany, NY 12211-2362
E-Mail: mmurphy@carterconboy.com

SO ORDERED:

Gary L. Sharpe
Chief Judge, US District Court, NDNY
Date: November 5, 2014